## VIOLATION OF SUPERVISED RELEASE PROCEEDINGS MINUTE SHEET
## VIA ZOOM

| | | | |
|---|---|---|---|
| CR No.: **15-3386 RB** | USA v. | **MENDIOLA ET AL** | |
| Date: **8/19/2021** | Time in: **10:27 AM** | Time Out: **10:33 AM** | **6 MINUTES** |
| Before the Honorable | **ROBERT C. BRACK, SENIOR UNITED STATES DISTRICT JUDGE** | | |
| Clerk: | **JESSICA CHAVEZ** | Court Reporter: | **VANESSA ALYCE** |
| Defendant: | **TY LIVINGSTON** | Defendant's Counsel: | **ORLANDO MONDRAGON** |
| AUSA: | **RENEE CAMACHO** | Probation Officer: | **KELLY BARELA** |
| VSR Held: | **LAS CRUCES, NM** | Interpreter: | **NONE** |

### ADMISSION OR DENIAL OF PETITION'S ALLEGATIONS

- Defendant sworn
- Court questions Defendant regarding his/her physical and mental conditions
- Court finds Defendant competent to proceed
- Court advises Defendant of his/her rights
- Court advises / confirms Defendant is aware of charges and possible penalty
- Defendant **ADMITS** violation(s):
- Proceed to sentencing

### SENTENCE IMPOSED

| Imprisonment: | | Supervised Release: | |
|---|---|---|---|

### SPECIAL CONDITIONS

| | | | |
|---|---|---|---|
| | No re-entry without legal authorization | | Reside at a Residential Reentry Center ___ months |
| | Comply with ICE laws and regulations | | Location monitoring for a period of ___ months |
| | Participate in an outpatient subst abuse program/testing | | Complete ___ hours of Community Service |
| | Participate in an inpatient subst abuse program | | Meet any legal obligation for support any person |
| | Participate in a mental health treatment program/and take all mental health medications prescribed | | Must not engage in any form of gambling |
| | Must undergo Sex Offense-Specific Assessment | | Possess no sexual material |
| | Waive your right to confidentiality | | No contact with children under 18 years |
| | Begin attending and participating in sex offender treatment | | Restricted from occupation with access to children |
| | No volunteering where children supervised | | No loitering within 100 feet of school yards |
| | Cooperate and comply with the USPO's Computer Restriction and Monitoring Program (CRMP) | | Written approval of Probation Officer to possess a computer or personal internet capable device |
| | Permit random unannounced examination of computer | | Allow installation of monitoring software/hardware |

### OTHER

| | |
|---|---|
| | **ADVISED OF** Appeal Rights |
| X | **HELD IN CUSTODY** |
| | Recommended place of incarceration: |
| NOTES: | **COURT CONTNUES THE REVOCATION MATTER.   COURT REQUESTS ADDITIONAL INFORMATION ON WHETHER THERE WILL BE ADDITIONAL CHARGES FILED.**<br><br>**MR. MONDRAGON:  NO OBJECTION** |