1153644

FILED
U.S. DISTRICT COURT
DISTRICT OF NEW MEXICO
2022 AUG 31  AM 10: 50
[LAS CRUCES]

RECEIVED
U.S. MARSHALS SERVICE
2022 AUG 24  PM 4: 50
LAS CRUCES, NEW MEXICO

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

UNITED STATES OF AMERICA )
v. )
) Case No. 1084 5:15CR03386- 013RB
Ty Lane Livingston )
*Defendant* )

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States Magistrate Judge without unnecessary delay (name of person to be arrested) Ty Lane Livingston, who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☒ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows: Defendant was in possession of illegal narcotics.

Date: 08/24/2022

_____
*Issuing Officer's signature*

City and state:  Las Cruces, NM

MITCHELL R. ELFERS, CLERK OF COURT
*Printed name and title*

---

**Return**

This warrant was received on (date) 8/24/2022, and the person was arrested on (date) 8/29/2022
at (city and state) Roswell, NM.

Date: 8/31/2022

_____
*Arresting officer's signature*

Joe Castro: Sousa     For: Dusty White
*Printed name and title*