IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

New Case: 5:22MJ01391-001KRS
Related Case: 5:15CR03386-013RB

Defendant: Ty Lane Livingston

### NOTICE OF RELATED CASE

**The Probation/Pretrial Office for the District of New Mexico hereby notifies the Clerk of Court that (please check the applicable section):**

_____    The defendant in this case has a supervision matter in (case). A petition will be filed in this matter to revoke the above-named defendant's supervision based on new criminal charges in the District of New Mexico. The Clerk of Court is requested to assign the new criminal case to the Honorable (Judge), United States District Judge.

__X__    A petition has been filed to revoke the above-named defendant's supervision in case number **5:15CR03386-013RB** based on new criminal charges. The Clerk of Court is requested to assign the new criminal case number **5:22MJ01391-001KRS** to the **Honorable Robert C. Brack** as revocation proceedings will be held before that judge.

_____    A petition has been prepared to revoke the defendant's supervision in multiple related cases. The Clerk of Court is requested to combine the cases listed below into the lowest case number, which is (insert with the lower of the violation/related case proceedings) assigned to the Honorable (insert judge assigned in violation/related proceedings with lower of the case numbers). Violation proceedings were filed in case number (insert with violation/related case number in the higher of the criminal numbers) which is presently assigned to the Honorable (insert with the judge assigned in the higher violation proceeding).

_____    Current case number (DNM new case offense #) is pending sentencing in our district and is assigned to the Honorable (new case offense #). A transfer of jurisdiction is forthcoming from the District of (District who holds jurisdiction). A petition to revoke supervision will be filed once the transfer of jurisdiction is completed and assigned a criminal number for the District of New Mexico. The Clerk of Court is requested to assign the impending transfer of jurisdiction case to the Honorable (DNM new offense judge) who is the judge assigned in the current pending case.

*Francesca Watley*                                                09/01/2022
_____
U.S. Probation/Pretrial Officer                                   Date

Revised 11/29/06