AO 442 (Rev. 08/14) Arrest Warrant

81949-051
9864940

# UNITED STATES DISTRICT COURT
## for the
### District of New Mexico

*FILED U.S. DISTRICT COURT DISTRICT OF NEW MEXICO 2022 NOV -8 PM 2:28 CLERK LAS CRUCES*

*RECEIVED U.S. MARSHALS SERVICE 2021 SEP 20 PM 5:02 LAS CRUCES, NEW MEXICO*

| UNITED STATES OF AMERICA | ) |
|---|---|
| v. | ) |
| | ) Case No. 1084 5:15CR03386- 003RB |
| Rodney Boughton | ) |
| *Defendant* | ) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States Magistrate Judge without unnecessary delay Rodney Boughton who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☒ Supervised Release Violation Amended Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows: Moving residences without prior approval

Date: 9/20/2021

*Issuing Officer's signature*

City and state: Las Cruces, NM

MITCHELL R. ELFERS, CLERK OF COURT
*Printed name and title*

### Return

This warrant was received on ( date ) 9/20/2021, and the person was arrested on ( date ) 11/3/2022
at ( city and state ) Roswell, NM.

Date: 11/4/2022

*Arresting officer's signature*

Steven Archuleta, USM   FOR: Deisu White
*Printed name and title*